John Nadolenco (CA Bar No. 181128)
jnadolenco@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:   (213) 229-9500
Facsimile:    (213) 625-0248

Donald M. Falk (CA Bar No. 150256)
dfalk@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone:   (650) 331-2000
Facsimile:    (650) 331-2060

Attorneys for Defendant
AT&T Mobility LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSS BOYER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY LLC, a Delaware company; and DOES 1 through 100, Inclusive,<br><br>Defendants | Case No. 10-cv-1258-JAH-WMC<br><br>**DEFENDANT AT&T MOBILITY LLC'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND TO DISMISS CLAIMS OR, IN THE ALTERNATIVE, TO STAY CASE**<br><br>Date: November 15, 2010<br>Time: 2:30 p.m.<br>Room: 11<br><br>Hon. John A. Houston |

PLEASE TAKE NOTICE that on November 15, 2010, at 2:30 p.m., in Room 11, pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1–16 ("FAA"), defendant AT&T Mobility LLC ("ATTM") will move and hereby does move this Court for an order compelling plaintiff Russ Boyer to arbitrate his claims on an individual basis and to dismiss this case or, in the alternative, to stay the case pending resolution by the United States Supreme Court of *AT&T Mobility LLC v. Concepcion*, No. 09-893.

ATTM brings this motion on the ground that the FAA requires Boyer to pursue his claims in accordance with his arbitration agreement. The motion is supported by the Memorandum of Points and Authorities, the Declarations of Harry Bennett, Caroline Mahone-Gonzalez, Ramon L. Menendez, Richard J. Rives, Theodore Weiman, and Scott Williamson, and all exhibits thereto, any reply memorandum that ATTM may file, and oral argument that ATTM may present at the hearing.

Dated: September 16, 2010

MAYER BROWN LLP

By: /s/ John Nadolenco

John Nadolenco (CA Bar No. 181128)
jnadolenco@mayerbrown.com
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:     (213) 229-9500
Facsimile:      (213) 625-0248

Donald M. Falk (CA Bar No. 150256)
dfalk@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendant
AT&T Mobility LLC

*Of counsel:*
Evan M. Tager
Archis A. Parasharami
Kevin Ranlett
MAYER BROWN LLP
1999 K Street, N.W.
Washington, DC 20006
Tel: (202) 263-3000
Fax: (202) 263-3300